Middle District of Florida
Fort Myers Division

FILED

2022 JUL -5  PM 1:50

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS FLORIDA

Gregory Scott Goodyear
        On the behalf/For
Early Alexander
        Plaintiffs

                        CASE No.: 2:22CV399 JES·NPM

VS.

Sheriff Carmine Marceno
Armor Health Services
        Defendants

## Complaint 1983 Civil Rights
### Lawsuit

Comes now, the Plaintiff's Pro Se as A joining parties filing this Lawsuit on the Defendant's they allege the following facts:

### Statement of Facts/Claim

On June 13th, 2022 inmate Gregory Goodyear was housed in F·POD cell #8 in the Lee County jail on 2 counts of Aggravated Stalking violation of injunction that stem to cover up case 04-CF·001424 filed in the Lee County Clerk of Courts. The Middle District Courts of Florida is very familiar with this cover up that's went on for many years, Inmate Early Alexander is in jail on A simple Misdemeanor charge of Criminal Mischief And

has been housed with major drug traffickers, and violent criminals for breaking out a window in which was not intentional, but he is guilty for. Due to over-crowding of the jail, he was forced to bunk with Gregory Goodyear because there were already 3 people in his assigned cell #1.

Approximately around 11:30 pm on June 12th, 2022 inmate "Zigler" from H-Pod was moved into cell #8 with the Plaintiff's. Inmate "Zigler" alleged "he had no idea why he was moved" when we asked about it because the time of night it took place seemed very suspicious. Inmates are rarely moved at night after lockdown unless it is an emergency situation. Plaintiff Goodyear asked inmate "Zigler" if he knew his brother Todd Goodyear who is housed in H-Pod at that time. Inmate "Zigler" replied "Yes, I play Gin Rummy with him everyday"

Plaintiff Goodyear had court with Judge Frank Porter for the first time since his arrest on November 22nd, 2021 in Judge Lisa Porter's courtroom on case # 21-CF-016694. The LCSO and Judiciary have went to all extents to avoid Plaintiff Goodyear from entering Judge Frank Porter's courtroom because the injunctions are not valid. All evidence acquired and reports by the LCSO are falsified.

Judge Frank Porter signed a fraudulent warrant for violation of probation filed August 30th, 2018

in CASE 15-CF-018687 in which Plaintiff Goodyear
was sent to prison on March 18th, 2019. The warrant
Alleges Goodyear's "whereabouts are unknown" but he
was picked up by US Marshals August 8th, 2018
And in a Cambridge, Illinois jail. The Violation
of Probation Reports confirm Goodyear was Not on
Probation and it was TERMINATED February 13th, 2018.

Plaintiff Goodyear went to Court the morning
of June 13th, 2022. Judge Frank Porter granted a
Nelson hearing After he was told About the falsified
Reports by the LCSO And took no action. He then
held A Faretta Hearing and Granted Goodyear to
be Pro Se. A fraudulent ORDER Denying a Motion
for a Nelson Hearing was filed on 6/27/2022.

Plaintiff Goodyear Arrived back to F-POD At
Approximately 11:30pm on June 13th, 2022. Inmate
"Zigler" was by the door with All his things
And A Mask on. Plaintiff Alexander informed
Goodyear "H-POD is on quarantine, his bunkie
tested positive for Covid"

Plaintiff Alexander went to medical with inmate "Zigler"
And Deputy Plummer said "Wait A minute, you're not on
my list, you are in the quarantined POD (H-POD)."
When Inmate "Zigler" came back with A mask on
from medical Plaintiff Alexander confronted him
About it, that is when he learned About Inmate
"Zigler's" bunkie testing positive for Covid.

Plaintiff Alexander contacted the Deputy on duty And complained, that is when Inmate "Zigler" was moved shortly. After Plaintiff Goodyear Arrived back from Court. Plaintiff Alexander informed the Deputy "he will see if he gets covid". The Deputy replied "I hope you get a good lawyer". Plaintiff Alexander informed him "I don't need a Good lawyer, you put A potentially infected inmate in an uninfected POD"

F-POD was on quarantine for about 72 hours due to Sheriff's Office's guilt of intentionally trying to infect Plaintiff Goodyear with the covid 19 virus as a last minute ploy due to exposing Corruption in the 20th circuit courts, And Law Enforcement to the highest levels of the Government.

Both Plaintiffs believe they caught a weak strand of Covid due to the criminal acts by the Sheriffs Office on June 12th, 2022.

The Plaintiffs have filed Several Request And complaints to Jail Officials About the misconduct but they will not give them Answers. The Jail has blamed MEDICAL, Medical has said "talk to the guards"

The Sheriff's Office has Violated the Plaintiffs Civil Rights by failing to Serve And protect. They have Requested criminal charges on the person or persons Involved in moving a quarantined inmate Into the cell to Intentionally infect

Goodyear with a potentially deadly virus. The Sheriffs Office And Classifications housing Inmate Alexander in a POD with hardened criminals And inmate Goodyear who has been conspired against for many years, is also border line criminal.

Complaints have been mailed out directly to Sheriff Carmine Marceno, a Notice to the Court detailing the event's is in case file 21-C7-016694. Neither Plaintiff has been questioned about June 12th And 13th, 2022.

### Relief Sought

Whereas, the Plaintiffs sue Sheriff Carmine Marceno in his personal And professional capacity, for Conspiracy to violate their Civil Rights, As well As Armor Health Services. Both entities have blamed each other in this case. The Plaintiff's Ask this Court to leave open the option to Amend this suit, And to be Able to add parties.

Therefore they seek punitive and monitary damages to be set by a jury for the facts listed herein.

<u>Certificate of Service</u>

I HEREBY Certify that a true and correct copy of this Lawsuit has been mailed out to the United States District Courthouse at 2110 First Street Fort Myers, Florida 33901 on this 29th day of June 2022

Gregory Goodyear
Gregory Scott Goodyear
ID # 196522
6/29/22    2501 Ortiz Avenue
Fort Myers, Florida
33901

Early Alexander
Early Alexander
ID # 363802
2501 Ortiz Avenue
Fort Myers, Florida
33901